157 A.3d 488

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Aileen CENTENO, Petitioner**

**No. 123 EM 2016**

Supreme Court of Pennsylvania.

September 16, 2016

## ORDER

PER CURIAM

**AND NOW,** this 16th day of September, 2016, the Application for Extraordinary Relief or King's Bench Jurisdiction is **DENIED.**

157 A.3d 488

**ROLLS-ROYCE CORPORATION, Petitioner**

v.

**Catherine KELLY, Individually and as Executrix of the Estate of Bernard M. Kelly, Deceased, Catherine Kelly, Individually and as Administratrix of the Estate of Leanna Mee Kelly, Deceased, Linda Jenny, Individually and as Personal Representative of the Estate of David Ernest Jenny, Jr., Deceased, Carolyn G. Woodland and Lawrence J. Woodland, Individually and as Administrators of the Estate of Carl Robert Woodland, Deceased, Robinson Helicopter Company, Inc., Honeywell International, Inc., and Triumph Engine Control Systems, LLC, Respondents**

**No. 88 EM 2016**

Supreme Court of Pennsylvania.

September 16, 2016

## ORDER

PER CURIAM

**AND NOW,** this 16th day of September, 2016, the Petition for Review is **DENIED.**